Gerald Emanuel (SBN 61049)
Joel P. Waelty (SBN 226728)
HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2007 West Hedding Street, Suite 100
San Jose, California 95128
Tel.: (408) 246-5500
Fax: (408) 246-1051
E-mail: gemanuel@hinklelaw.com; jwaelty@hinklelaw.com

Attorneys for Plaintiff
HARRY N. MORGAN

Anna M. Martin (SBN 154279)
RIMAC MARTIN, P.C.
1051 Divisadero Street
San Francisco, CA 94115
Tel.: (415) 561-8440
Fax: (415) 561-8430

Attorneys for Defendants
UNUM GROUP, UNUM LIFE INSURANCE
COMPANY OF AMERICA

*IT IS SO ORDERED*
*Judge Edward J. Davila*
11/21/2012

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY N. MORGAN, | Case No. C 12-00861 EJD |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| vs. | |
| UNUM GROUP, UNUM LIFE INSURANCE COMPANY OF AMERICA and DOES 1-10, inclusive, | Honorable Edward J. Davila |
| Defendants. | |

Morgan v. Unum Group, et al.
Northern District of California Case # C 12-00861 EJD
Stipulation of Dismissal

1

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

The Clerk shall close this file.

DATED: November 14, 2012    HINKLE, JACHIMOWICZ, POINTER & EMANUEL

_____
Joel P. Waelty
Attorney for Plaintiff
HARRY N. MORGAN

DATED: November 20, 2012    RIMAC MARTIN, P.C.

_____
Anna M. Martin
Attorneys for Defendants
UNUM GROUP, UNUM LIFE INSURANCE COMPANY OF AMERICA

Morgan v. Unum Group, et al.
Northern District of California Case # C 12-00861 EJD
Stipulation of Dismissal

2

# CERTIFICATE OF SERVICE

*Morgan v. UNUM Group, et al.*
Case No. 5:12-cv-00861 EJD

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 1051 Divisadero Street, San Francisco, California 94115.

On November 20, 2012, the following document is being filed electronically and will be available for viewing and downloading from the Court's CM/ECF system:

### *STIPULATION OF DISMISSAL*

The Notice of Electronic Case Filing Automatically generated by the system and sent to all parties entitled to service under the Federal Rules of Civil Procedure and the Local Rules of the Northern District of California who have consented to electronic service shall constitute service of the filed document to all such parties.

Executed on November 20, 2012 at San Francisco, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

| Robin Hale | */s/ Robin Hale* |
|---|---|
| (Type or print name) | (Signature) |